## United States Bankruptcy Court
### Western District of Pennsylvania

In re  **Kelly D Wislosky**                                    Case No.  **17-22709**
                        Debtor(s)                              Chapter   **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Kelly D Wislosky**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☒   I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐   I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐   I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date  **July 25, 2017**                    Signature  **/s/ Kelly D Wislosky**
                                                      **Kelly D Wislosky**
                                                      Debtor