## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 17-22709-JAD |
| Kelly D. Wislosky, | ) | |
| | ) | Chapter 13 |
| Debtor, | ) | |
| _____ | ) | |
| Kelly D. Wislosky, | ) | Related to Document No. |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| M&T Bank, | ) | |
| | ) | |
| Respondent. | ) | |

## LOSS MITIGATION ORDER

A ***Motion for Loss Mitigation*** was filed by *Kelly D. Wislosky* on September 13, 2017.  The Parties have had notice and an opportunity to object and the Court has reviewed any objections filed thereto.

***AND NOW***, this _____ day of _____, 20_____, it is hereby ***ORDERED*** that:

(1)     The following parties are directed to participate in the Court's ***Loss Mitigation Program*** (**LMP**) as set forth in *W.PA.LBR 9020-1* through *9020-7.*

Debtor:     Kelly D. Wislosky_____

Creditor:     M&T Bank_____

(2)     ***During the Loss Mitigation Period***, the Debtor shall make (or cause to be made) adequate protection payments in the amount of $ 560.00 per month to the Creditor or the Creditor's designee pursuant to *W.PA.LBR 9020-3(g).*

(3)     ***Within fourteen (14) days from the entry of this Order***, the Creditor shall register and post its entire Core LMP Package on the Portal (if not previously registered) pursuant to *W.PA.LBR 9020-4(b).*

(4)     ***Within seven (7) days from the entry of this Order*** or Creditor's registration on the Portal, whichever is later, the Debtor shall upload a completed Core LMP Package through the Portal pursuant to *W.PA.LBR 9020-4(c).*

(5)     ***Within fourteen (14) days of the debtor's submission of the Core LMP Package***, the Creditor shall acknowledge receipt and designate a single point of contact for Debtor's review, pursuant to *W.PA.LBR 9020-4(d).*

(6)      ***Within sixty (60) days from the entry of this Order***, the Debtor shall file and serve upon all interested parties an LMP Status Report, pursuant to *W.PA.LBR 9020-4(e)*.

(7)      ***One hundred twenty (120) days from the entry of this Order,*** the LMP Period shall terminate unless extended pursuant to *W.PA.LBR 9020-5(b)*.

(8)      ***Within seven (7) days of the termination of the Loss Mitigation Period***, the Debtor shall submit an LMP Final Report pursuant to *W.PA.LBR 9020-4(f)*.

(9)      Debtor shall ***immediately*** serve a copy of this Order on Creditor and file a certificate of service evidencing same.


_____
United States Bankruptcy Judge