## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 17-22709-JAD |
| Kelly D. Wislosky, | ) | |
| | ) | Chapter 13 |
| Debtor, | ) | |
| | ) | |
| Kelly D. Wislosky, | ) | Related to Document No. |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| M&T Bank, | ) | |
| | ) | |
| Respondent. | ) | |

## **CERTIFICATE OF SERVICE**

    I, Jessica Wrzosek, Paralegal, certify under penalty of perjury that I served the forgoing Loss Mitigation Order on the following parties at the addresses listed below on September 25, 2017, via electronic mail and/or first class mail postage prepaid:

James Warmbrodt
KML Law Group, P.C.
701 Market St.
Suite 5000
Philadelphia, PA 19106

M&T Bank
P.O. Box 1288
Buffalo, NY 14240

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date:   September 25, 2017

By:/s/Jessica Wrzosek
Jessica Wrzosek, Paralegal
Thompson Law Group, P.C.
125 Warrendale-Bayne Rd.
Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jwrzosek@thompsonattorney.com