**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES
Case No. **17−22709−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Kelly D. Wislosky
   2195 1st Street
   Wyano, PA 15695

Social Security No.:
   xxx−xx−4899

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Brian C. Thompson<br>Thompson Law Group, P.C.<br>125 Warrendale−Bayne Road<br>Suite 200<br>Warrendale, PA 15086<br>Telephone number: 724−799−8404 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>November 20, 2017<br>10:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>November 20, 2017<br>10:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 10/17/17

BY THE COURT

Jeffery A. Deller
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Kelly D. Wislosky
    Debtor

Case No. 17-22709-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: amaz    Page 1 of 2    Date Rcvd: Oct 17, 2017
                       Form ID: rsc13  Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2017.
```
db              Kelly D. Wislosky,    2195 1st Street,    Wyano, PA 15695
14653207       ++AARON S INC,    PO BOX 100039,    KENNESAW GA 30156-9239
                 (address filed with court: Aaron Sales & Lease Ownerships,    309 E Paces Ferry,
                  Atlanta, GA 30303)
14653209        Berks Credit & Collections, Inc.,    PO Box 239,    Temple, PA 19560
14653211        Coll Svc Ctr,    250 Mt Lebanon Road,    West Mifflin, PA 15122
14671975       +ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
14653216       +Foundation Radiology Group,    Three Gateway Center, 20th Floor,    401 Liberty Avenue,
                 Pittsburgh, PA 15222-1000
14653218       +KML Law Group PC,    Suite 5000 - BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14653220       +Progressive,    PO Box 31260,    Tampa, FL 33631-3260
14653221       +Republic Services,    73 W Noblestown,    Carnegie, PA 15106-1668
14653222       +Tek-Collect Inc.,    871 Park Street,    Columbus, OH 43215-1441
14653223        US Department of Education/gsl/atl,    PO Box 4222,    Iowa City, IA 52244
14653224       +Verizon Wireless,    PO Box 25505,    Lehigh Valley, PA 18002-5505
14653225       +Westmoreland Emergency Med Sp,    501 W. Otterman St., Ste. B,    Greensburg, PA 15601-2126
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2017 01:13:47     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14653208       +E-mail/Text: holly.tylka@advanceddisposal.com Oct 18 2017 01:14:04
                 Advanced Disposal Services,    1192 McClellandtown Road,    Mc Clellandtown, PA 15458-1118
14653210       +E-mail/Text: Bk@c2cfsi.com Oct 18 2017 01:13:57     Coast to Coast,    101 Hodencamp Road,
                 Suite 120,    Thousand Oaks, CA 91360-5831
14653212       +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 18 2017 01:14:26      Credit Coll,
                 725 Canton Street,    Norwood, MA 02062-2679
14653213       +E-mail/Text: kcarter@creditmanagementcompany.com Oct 18 2017 01:14:17
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14653214       +E-mail/Text: Bankruptcy.Consumer@dish.com Oct 18 2017 01:13:55      Dish Network,
                 PO Box 105169,    Atlanta, GA 30348-5169
14653215       +E-mail/Text: bknotice@erccollections.com Oct 18 2017 01:14:03      Enhanced Recovery Corporation,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
14653217        E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 18 2017 01:14:10      Jefferson Capital Systems, LLC,
                 16 McLeland Road,    Saint Cloud, MN 56303
14653219        E-mail/Text: camanagement@mtb.com Oct 18 2017 01:13:34      M&T Bank,   One Fountain Plaza,
                 Buffalo, NY 14203
14669120        E-mail/Text: camanagement@mtb.com Oct 18 2017 01:13:34      M&T Bank,   P.O. Box 1288,
                 Buffalo, NY 14240
                                                                                              TOTAL: 10
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2              User: amaz                    Page 2 of 2                  Date Rcvd: Oct 17, 2017
                                  Form ID: rsc13                Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2017 at the address(es) listed below:
          Brian C. Thompson    on behalf of Debtor Kelly D. Wislosky bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrli
           c@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
          James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                               TOTAL: 4