**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Kelly D. Wislosky | : | Bankruptcy No. 17-22709-JAD |
| Debtor. | : | |
| | : | Chapter 13 |
| Kelly D. Wislosky | : | |
| Movant, | : | |
| v. | : | |
| No Respondents | : | |
| Respondent. | : | |

**<u>NOTICE OF CHANGE OF ADDRESS</u>**

Undeliverable Address:

    Debtor Name:    Kelly D. Wislosky
    Incorrect Address:    2195 First Street
                              Wyano, PA 15695

Corrected Address:

    Debtor Name:    Kelly D. Wislosky
    Correct Address:    P.O. Box 254
                              Wyano, PA 15695

Date: <u>November 2, 2017</u>

                                                  <u>s/Brian C. Thompson</u>
                                                  Brian C. Thompson, Esquire
                                                  Attorney for Debtor(s)
                                                  PA ID No. 91197
                                                  THOMPSON LAW GROUP, P.C.
                                                  125 Warrendale-Bayne Road, Suite 200
                                                  Warrendale, PA 15086
                                                  (724) 799-8404 Telephone
                                                  (724) 799-8409 Facsimile
                                                  bthompson@thompsonattorney.com