MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Wislosky__   (JAD/TPA/CMB/GLT)

Case Number: __17-22709__

Date of Meeting: __11/20/17__   Recording # _____

Debtor(s) present ___ or Not Present __✓__   (__ No Payments Made or __✓__ partial payments)

Attorney for debtor(s) __Thompson__ (Present __✓__ or Not Present ___)

Date of Plan at § 341: _____   Applicable commitment period ___ 3 yrs ___ 5 yrs

- 2nd miss, no explanation —
Debtor's counsel cannot make contact.
- Case filed June, 2017, no payments.
- Does not appear that Debtor
- Trustee requests dismissal

_____ Meeting HELD and CONCLUDED
__✓__ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD           _____ Order to Show Cause Requested
                                   _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due: _____ ; Objections due: _____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_____ Continued to:
       _____ 341 Meeting   OR _____ Conciliation Conf. OR __ *Contested Hearing
On _____ at _____ am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee