IN THE UNITED STATES BANKRUPTCY COURT     N
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| KELLY D. WISLOSKY, | : | Bankruptcy No. 17-22709JAD |
| | : | |
| | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |

## ORDER

**AND NOW,** this **4th** day of **December, 2017**, IT APPEARS TO THE COURT THAT:

1. The above-captioned bankruptcy case was filed on **June 30, 2017.** A Section 341 Meeting Of Creditors was scheduled for **September 11, 2017.** On **September 13, 2017** the Chapter 13 Trustee placed an entry on the docket at **#22** which stated that the Section 341 Meeting was held and continued and closed and requested that the Clerk reschedule the Meeting.

2. A rescheduled Section 341 Meeting was scheduled for **October 16, 2017**. On **October 17, 2017**, the Chapter 13 Trustee placed an entry on the docket at **#28** which stated that the Section 341 Meeting was not held and requested that the Clerk reschedule the Meeting

3. A rescheduled Section 341 Meeting was scheduled for **November 20, 2017**. On **November 22, 2017**, the Chapter 13 Trustee filed the Minutes Of Chapter 13 Section 341 (a) Meeting Of Creditors at **#34.** The Minutes indicate that the Meeting was not held and the debtor failed to attend. The Chapter 13 Trustee recommends dismissal of case.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT** a **Rule To Show Cause Hearing** IS SCHEDULED for **January 10, 2018** at **10:30AM** in **Courtroom D, 54th Floor, U.S. Steel Building, 600 Grant Street, Pittsburgh, PA 15219** TO DETERMINE WHY THE CASE SHOULD NOT BE DISMISSED FOR DEBTOR'S FAILURE TO ATTEND SCHEDULED SECTION 341 MEETINGS.

A **written response** to the Rule Hearing **SHALL BE FILED** by **January 3, 2018.** After review of the response, the Court may determine that the Rule has been answered and the Rule Hearing should be removed from the calendar. Parties should check the calendar posted on the Court's website one day prior to the Rule Hearing to determine if the Rule Hearing will be held.

FILED
12/4/17 4:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____jsf
JEFFERY A. DELLER
Chief U.S. Bankruptcy Court

00020393

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                            Case No. 17-22709-JAD
Kelly D. Wislosky                                                 Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2           User: amaz            Page 1 of 2          Date Rcvd: Dec 04, 2017
                               Form ID: pdf900       Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2017.
db             +Kelly D. Wislosky,    P.O. BOX 254,    Wyano, PA 15695-0254
14653207       ++AARON S INC,    PO BOX 100039,    KENNESAW GA 30156-9239
                 (address filed with court: Aaron Sales & Lease Ownerships,     309 E Paces Ferry,
                 Atlanta, GA 30303)
14653209        Berks Credit & Collections, Inc.,     PO Box 239,    Temple, PA 19560
14653211        Coll Svc Ctr,    250 Mt Lebanon Road,    West Mifflin, PA 15122
14671975       +ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
14653216       +Foundation Radiology Group,     Three Gateway Center, 20th Floor,    401 Liberty Avenue,
                 Pittsburgh, PA 15222-1000
14653218       +KML Law Group PC,    Suite 5000 - BNY Independence Center,     701 Market Street,
                 Philadelphia, PA 19106-1538
14653220       +Progressive,    PO Box 31260,    Tampa, FL 33631-3260
14653221       +Republic Services,    73 W Noblestown,    Carnegie, PA 15106-1668
14653222       +Tek-Collect Inc.,    871 Park Street,    Columbus, OH 43215-1441
14653223        US Department of Education/gsl/atl,     PO Box 4222,    Iowa City, IA 52244
14653224       +Verizon Wireless,    PO Box 25505,    Lehigh Valley, PA 18002-5505
14653225       +Westmoreland Emergency Med Sp,     501 W. Otterman St., Ste. B,    Greensburg, PA 15601-2126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14653208       +E-mail/Text: holly.tylka@advanceddisposal.com Dec 05 2017 01:25:05
                 Advanced Disposal Services,    1192 McClellandtown Road,    Mc Clellandtown, PA 15458-1118
14653210       +E-mail/Text: Bk@c2cfsi.com Dec 05 2017 01:25:01     Coast to Coast,     101 Hodencamp Road,
                 Suite 120,    Thousand Oaks, CA 91360-5831
14653212       +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 05 2017 01:25:19      Credit Coll,
                 725 Canton Street,    Norwood, MA 02062-2679
14653213       +E-mail/Text: kcarter@creditmanagementcompany.com Dec 05 2017 01:25:12
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14653214       +E-mail/Text: Bankruptcy.Consumer@dish.com Dec 05 2017 01:24:59      Dish Network,
                 PO Box 105169,    Atlanta, GA 30348-5169
14653215       +E-mail/Text: bknotice@erccollections.com Dec 05 2017 01:25:04      Enhanced Recovery Corporation,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
14653217        E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 05 2017 01:25:07      Jefferson Capital Systems, LLC,
                 16 McLeland Road,    Saint Cloud, MN 56303
14653219        E-mail/Text: camanagement@mtb.com Dec 05 2017 01:24:43      M&T Bank,   One Fountain Plaza,
                 Buffalo, NY 14203
14669120        E-mail/Text: camanagement@mtb.com Dec 05 2017 01:24:43      M&T Bank,   P.O. Box 1288,
                 Buffalo, NY 14240
14737647       +E-mail/Text: bankruptcy@firstenergycorp.com Dec 05 2017 01:25:03      West Penn Power,
                 5001 NASA Blvd,    Fairmont, WV 26554-8248
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2           User: amaz                  Page 2 of 2            Date Rcvd: Dec 04, 2017
                               Form ID: pdf900             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2017 at the address(es) listed below:
          Brian C. Thompson    on behalf of Debtor Kelly D. Wislosky bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrli
c@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
          James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                      TOTAL: 4