UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** KELLY D. WISLOSKY
**Case Number:** 17-22709-JAD    **Chapter:** 13
**Date / Time / Room:** WEDNESDAY, JANUARY 10, 2018 10:30 AM   COURTROOM D

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** JEFF FURIS
**Reporter / ECR:** N/A

## Matter:

Rule To Show Cause To Determine Why The Case Should Not Be Dismissed For Failure To Attend Scheduled Section 341 Meetings
- Written Response Due on 1/3/2018
R / M #: 0 / 0

## Appearances:

TRUSTEE: WINNECOUR / KATZ / BAIL
DEBTOR(S): Brian C. Thompson, Esq.
CREDITOR:

## Proceedings:

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
    _____ For At Least _____ Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at
    _____ To Conciliation Conference For _____ at
          _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
    _____ Evidentiary Hearing On Value And Cram-Down Interest
    _____ Complex / Pretrial Order - NONJURY  /  JURY
    _____ Simple / Pretrial Order - NONJURY  /  JURY
    _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER:  dismiss, without prejudice.

FILED
1/10/18 12:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge