# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| KELLY D. WISLOSKY, | : Bankruptcy No. <u>17-22709JAD</u> |
| | : |
| | : |
| | : Issued Per The 1/10/2018 |
| | : Proceeding |
| | : |
| Debtor(s) | : Chapter 13 |
| | : |

FILED
1/10/18 12:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER DISMISSING CASE WITHOUT PREJUDICE
## AND TERMINATING INCOME ATTACHMENT

**AND NOW,** this <u>**10th**</u> day of <u>**January**</u>, **2018**, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and that the Debtor(s) remain legally liable for all of his/her debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108 (c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

**IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtor is ineligible to file bankruptcy under any chapter for one-hundred eighty (180) days.

**IT IS FURTHER ORDERED** that each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor shall serve a copy of this order on each such employer and entity immediately.

**IT IS FURTHER ORDERED** that the court retains jurisdiction over the Trustee's Final Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

**IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors of this dismissal.

_____ jsf
**JEFFERY A. DELLER**
U.S. Bankruptcy Judge

cm:     **All Creditors And All Parties In Interest**

00020731

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-22709-JAD
Kelly D. Wislosky                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: amaz              Page 1 of 2              Date Rcvd: Jan 10, 2018
                               Form ID: pdf900         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2018.
```
db             +Kelly D. Wislosky,    P.O. BOX 254,    Wyano, PA 15695-0254
14653207      ++AARON S INC,    PO BOX 100039,    KENNESAW GA 30156-9239
               (address filed with court:  Aaron Sales & Lease Ownerships,    309 E Paces Ferry,
                 Atlanta, GA 30303)
14653209       Berks Credit & Collections, Inc.,     PO Box 239,    Temple, PA 19560
14653211       Coll Svc Ctr,    250 Mt Lebanon Road,    West Mifflin, PA 15122
14671975      +ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
14653216      +Foundation Radiology Group,    Three Gateway Center, 20th Floor,    401 Liberty Avenue,
                 Pittsburgh, PA 15222-1000
14653218      +KML Law Group PC,    Suite 5000 - BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14653220      +Progressive,    PO Box 31260,    Tampa, FL 33631-3260
14653221      +Republic Services,    73 W Noblestown,    Carnegie, PA 15106-1668
14653222      +Tek-Collect Inc.,    871 Park Street,    Columbus, OH 43215-1441
14653223       US Department of Education/gsl/atl,    PO Box 4222,    Iowa City, IA 52244
14653224      +Verizon Wireless,    PO Box 25505,    Lehigh Valley, PA 18002-5505
14653225      +Westmoreland Emergency Med Sp,    501 W. Otterman St., Ste. B,    Greensburg, PA 15601-2126
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14653208       +E-mail/Text: holly.tylka@advanceddisposal.com Jan 11 2018 02:13:54
                 Advanced Disposal Services,    1192 McClellandtown Road,    Mc Clellandtown, PA 15458-1118
14653210       +E-mail/Text: Bk@c2cfsi.com Jan 11 2018 02:13:47       Coast to Coast,    101 Hodencamp Road,
                 Suite 120,    Thousand Oaks, CA 91360-5831
14653212       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 11 2018 02:14:26      Credit Coll,
                 725 Canton Street,    Norwood, MA 02062-2679
14653213       +E-mail/Text: kcarter@creditmanagementcompany.com Jan 11 2018 02:14:06
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14653214       +E-mail/Text: Bankruptcy.Consumer@dish.com Jan 11 2018 02:13:43       Dish Network,
                 PO Box 105169,    Atlanta, GA 30348-5169
14653215       +E-mail/Text: bknotice@erccollections.com Jan 11 2018 02:13:53       Enhanced Recovery Corporation,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
14653217        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 11 2018 02:14:00       Jefferson Capital Systems, LLC,
                 16 McLeland Road,    Saint Cloud, MN 56303
14653219        E-mail/Text: camanagement@mtb.com Jan 11 2018 02:13:14       M&T Bank,    One Fountain Plaza,
                 Buffalo, NY 14203
14669120        E-mail/Text: camanagement@mtb.com Jan 11 2018 02:13:14       M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240
14737647       +E-mail/Text: bankruptcy@firstenergycorp.com Jan 11 2018 02:13:51       West Penn Power,
                 5001 NASA Blvd,    Fairmont, WV 26554-8248
                                                                                               TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             M&T BANK
                                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2          User: amaz                Page 2 of 2             Date Rcvd: Jan 10, 2018
                              Form ID: pdf900           Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2018 at the address(es) listed below:
         Brian C. Thompson    on behalf of Debtor Kelly D. Wislosky bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
         James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         TOTAL: 4